UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NIGHTLINE EXPRESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-CV-277-SNLJ |
| | ) |
| VITALIY KOSHMAN | ) |
| d/b/a COLIBRI EXPRESS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's agreed motion to remand (#15). The parties have settled this case. As part of the settlement, defendant agreed to ask this Court to remand the case while the parties finalize the settlement agreement. The motion is granted, and the case is remanded to the Circuit Court of St. Louis County, Twenty-First Circuit. Defendant's motion to dismiss (#5) and plaintiff's motions to remand (#8) and for attorney fees (#10) are all denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's agreed motion to remand (#15) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss (#5) and plaintiff's motions to remand (#8) and for attorney fees (#10) are all **DENIED** as moot.

So ordered this   13th   day of April 2018.

                                             _____
                                             STEPHEN N. LIMBAUGH, JR.
                                             UNITED STATES DISTRICT JUDGE